**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Bobby Ray DIAZ, Defendant–Appellant.**

**No. 08–11208.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Bobby Ray Diaz presents arguments that he concedes are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce

---

Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). In addition, Diaz raises arguments that he concedes are foreclosed by *United States v. Avants*, 278 F.3d 510, 522 (5th Cir.2002), which held that, although the appellant was in state custody and was represented by counsel, the Sixth Amendment right to counsel did not attach with respect to a federal charge for which the appellant had not yet been indicted. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.